COMMONWEALTH v. SUPPERT ET AL., Appellants.

Appeals, Nos. 108–111, 113–115, by Suppert, Beck, Witt, Walter, Tarner, Irwin and Binham, from judgments of Q. S. Allegheny Co., on appeal from conviction by alderman. Argued with preceding case.

PER CURIAM, January 3, 1893, in each case:

This case is ruled by Commonwealth v. Matthews, just decided.

Judgment affirmed.